UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Tina Kennedy v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13571-DRH |
| *Victoria Laughton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10328-DRH |
| *Katie Paulson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10575-DRH |
| *Meagan Bellmar v. Bayer Corporation, et al.* | No. 11-cv-11253-DRH |
| *Melinda Dawson v. Bayer Corporation, et al.* | No. 11-cv-11367-DRH |
| *Brandy Hales v. Bayer Corporation, et al.* | No. 10-cv-11928-DRH |
| *Melissa Nichols v. Bayer Corporation, et al.* | No. 11-cv-11569-DRH |
| *Jennifer Weaver v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10952-DRH |
| *Jonelyn Marie Iseri v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12968-DRH |
| *Sarah Weinzapfel v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12583-DRH |
| *Natasha Collins v. Bayer Corporation, et al.* | No. 10-cv-13439-DRH |
| *Melanie Coughlin v. Bayer Corporation, et al.* | No. 10-cv-12147-DRH |
| *Sara Puckett v. Bayer Corporation, et al.* | No. 10-cv-13440-DRH |
| *Stacy Russell v. Bayer Corporation, et al.* | No. 10-cv-13444-DRH |

| *Ariana Swims v. Bayer Corporation, et al.* | No. 10-cv-13443-DRH |
| *Brittanie Ward v. Bayer Corporation, et al.* | No. 10-cv-13355-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 11, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

Digitally signed by David R. Herndon
Date: 2015.03.12 16:09:40 -05'00'

**BY:** /s/*Caitlin Fischer*
**Deputy Clerk**

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT

2